IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DERECK J. GARCIA PEREZ <br><br> Plaintiff <br><br> v. <br><br> UNIVERSITY OF PUERTO RICO, et al. <br><br> Defendants | CIVIL NO. 25-1654 (MAJ) |

**MOTON FOR EXTENSION OF TIME TO ANSWER COMPLAINT
OR OTHERWISE PLEAD**

**TO THE HONORABLE COURT:**

**COME NOW**, Co-Defendants Mercedes Ferrer Alameda, Celines Alfaro Almeyda, Thyrzia Roura Cordero, Hector Carlo Colon, and Cristina Pomales Garcia, in their individual capacities, through the undersigned counsel, and without submitting to the jurisdiction of this Honorable Court, very respectfully STATES and PRAYS as follows:

1.      On December 5, 2025, Plaintiff filed the Complaint in the instant case. [Docket No. 1].

2.      The appearing co-defendants requested the Department of Justice the benefit of legal representation through Law 9, which is still pending approval.

3.      On this date, the appearing co-defendants respectfully request an extension of time of thirty (30) days to answer the amended complaint or otherwise plead.

**WHEREFORE**, it is respectfully requested that this Honorable Court grants a brief extension of time of thirty (30) days to answer the amended complaint or otherwise plead.

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed a digital copy of this document with the Clerk of the Court, who will automatically notify such filing to all parties officially registered in the CM/ECF System.

In San Juan, Puerto Rico, this 30th day of March, 2026.

**LOURDES GÓMEZ TORRES**
Secretary of Justice

**TANIA FERNÁNDEZ MEDERO**
Deputy Secretary in Charge of Litigation

**JOSUÉ N. TORRES CRESPO**
Director of Federal Litigation and Bankruptcy Division

*S/ Idza Díaz Rivera*
**IDZA DÍAZ RIVERA**
USDC No. 223404
Department of Justice of Puerto Rico
Federal Litigation Division
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Tel. 787-721-2900, Ext. 1421
Email: idiaz@justicia.pr.gov,