IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **DERECK J. GARCÍA PÉREZ,** | |
| Plaintiff, | CIVIL NO. 3:25-CV-01654 (MAJ) |
| v. | |
| **UNIVERSITY OF PUERTO RICO; BOARD OF TRUSTEES OF THE UNIVERSITY OF PUERTO RICO; MERCEDES S. FERRER ALAMEDA**, in her individual and official capacity; **HÉCTOR J. CARLO COLÓN**, in his individual and official capacity; **CRISTINA POMALES GARCÍA,** in her official capacity; **THYRZIA M. ROURA CORDERO**, in her official capacity; and **CELINÉS ALFARO ALMEYDA**, in her official capacity, | |
| Defendants. | |

**JOINT MOTION FOR EXTENSION OF TIME TO
ANSWER THE COMPLAINT OR OTHERWISE PLEAD**

**TO THE HONORABLE COURT:**

**COME NOW** Co-defendants University of Puerto Rico (UPR), Board of Trustees of the University of Puerto Rico (Board), Mercedes S. Ferrer Alameda, Héctor J. Carlo Colón, Cristina Pomales García, Thyrzia M. Roura Cordero, and Celinés Alfaro Almeyda, in their official and individual capacities, through their respective undersigned counsel, and without submitting to the jurisdiction of this Honorable Court, very respectfully state and pray as follows:

1. On March 26, 2026, the appearing co-defendants requested and obtained from this court an extension of time to answer the complaint or otherwise plead. Said extensions expire on Monday, April 27, 2026, and April 29, 2026.

2.      The undersigned counsel immediately requested from their clients an interview with each of the defendants, but as of this date, the interviews have not taken place.

3.      Atty. Julio Nigaglioni, who is the lead counsel for co-defendants UPR and the Board, underwent surgery last week and is currently recovering.  His return-to-office date is uncertain.  Moreover, Atty. Idza Díaz Rivera, counsel for the individual capacity co-defendants, will be out of the jurisdiction from Monday, April 27, 2026, until April 30, 2026, returning to her office on May 1st, 2026.  Also, Atty. Arlyn González Díaz will be travelling from May 7 to May 14, returning to her office on May 15, 2026.

4.      Furthermore, the University has recently been the subject of several closure and strike incidents, which have left staff without communication, thus making the coordination of interviews very difficult.

5.      In view of the above, the appearing co-defendants request an extension of thirty (30) days counting from April 29, 2026, and to expire on May 29, 2026, to allow the undersigned attorneys to adequately coordinate the interviews with co-defendants and file an appropriate responsive pleading.

6.      The appearing co-defendants respectfully submit that the extension is requested in good faith, and it is not sought for any improper purpose or to cause any delay, but rather for the sole purpose of submitting a document in a professionally responsible manner.

**WHEREFORE**, the appearing co-defendants respectfully request this Honorable Court to grant an extension of time until **May 29, 2026**, to answer the Complaint or otherwise plead**.**

2

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 24th day of April, 2026.

**I HEREBY CERTIFY** that on this date this motion was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

**Counsel for the University of Puerto Rico and the Board of the University of Puerto Rico, and for Individual Defendants Mercedes S. Ferrer Alameda, Héctor J. Carlo Colón, Cristina Pomales García, Thyrzia M. Roura Cordero, and Celinés Alfaro Almeyda in their official capacity**

s/Arlyn González Díaz
**ARLYN GONZÁLEZ DÍAZ, ESQ.**
BAR NO. 222211
E-mail:  agonzalez@cnr.law

**CANCIO, NADAL & RIVERA, L.L.C.**
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918-3345
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
Tel.:  (787) 767-9625

**Counsel for Individual Defendants Mercedes S. Ferrer Alameda, Héctor J. Carlo Colón, Celinés Alfaro Almeyda, Thyrzia Roura Cordero, and Cristina Pomales García**

*s/Idza Díaz Rivera*
**IDZA DÍAZ RIVERA, ESQ.**
BAR NO. 223404
E-mail:  idiaz@justicia.pr.gov

**LOURDES GÓMEZ TORRES, ESQ.**
Secretary of Justice

**TANIA FERNÁNDEZ MEDERO**
Deputy Secretary in Charge of Litigation

**JOSUÉ N. TORRES CRESPO, ESQ.**
Director of Federal Litigation and
Bankruptcy Division

**Department of Justice of Puerto Rico**
Federal Litigation Division
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Tel.:  (787) 721-2900 Ext. 1421

F/N:  1802.00159

PLEADING\EXTENSION\ADDITIONAL EXT-DERECK J GARCIA
(REV IDR)